NO. 07-12-00406-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
OCTOBER 17, 2012
--------------------------------------------------------------------------------

 
 IN RE R. WAYNE JOHNSON, RELATOR
--------------------------------------------------------------------------------

 
 Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
 
Relator, R. Wayne Johnson, appearing pro se, has filed a petition seeking a writ of mandamus requiring respondent, the Honorable Gordon H. Green, Judge of the 287th District Court of Bailey County, to rescind a November 2011 order dismissing the claims Johnson filed in the case styled Johnson v. Denton, No. 8972 (287th Dist. Ct. Bailey County, Tex. Nov. 18, 2011). Johnson perfected an appeal from the trial court's November 2011 order, but later filed a motion to dismiss the appeal voluntarily. On his motion, we dismissed the appeal by opinion and judgment of July 18, 2012. Johnson v. Denton, No. 07-11-00486-CV, 2012 Tex. App. Lexis 5794 (Tex.App.--Amarillo July 18, 2012, no pet.). According to Johnson's mandamus petition, the trial court's order was not final.
We now deny mandamus relief. Johnson's petition wholly fails to comply with the requirements of appellate rule 52.3. Tex. R. App. P. 52.3. Further, it does not demonstrate a clear abuse of discretion by Judge Green. See Walker v. Packer, 827 S.W.2d 833, 839 (Tex. 1992) (explaining "[m]andamus issues only to correct a clear abuse of discretion"). 
Relator's petition for writ of mandamus is denied.

Per Curiam